## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

VANESSA R. MCDONALD,

     Plaintiff,

v.                             Case No. 3:21-cv-748-BJD-PDB

PROFESSIONAL DEBT
MEDIATION, INC.,

     Defendant.

_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Settlement (Doc. 10; Notice) filed on November 16, 2021. In the Notice, Plaintiff advises the Court that this case has been resolved. See Notice at 1.

Accordingly, it is hereby

### ORDERED:

1.    The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

2.    The parties shall have until **January 18, 2022**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

3.     If the parties have not so stipulated or moved the Court by the **January 18, 2022** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of November, 2021.

BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record
Unrepresented Parties